IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES M. WORTHEM,

Plaintiff,

v.

YOLANDA JOHNSON, RICHARD
MCDONALD, JASON BRADLEY, and
ALAN DALLAS,

Defendant.   No. 08-385--DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendants motion to leave to substitute affidavit (Doc. 37). Specifically, Defendants request leave to substitute the affidavit of Jackie D. Miller that was attached to Defendants' motion for summary judgment. Defendants state that the affidavit was an earlier version and mistakenly attached to their summary judgment and they now seek leave to substitute the affidavit with the affidavit of Jackie D. Miller that was relied upon and cited in the motion for summary judgment. Based on the reasons in the motion, the Court **GRANTS** Defendants motion for leave to substitute affidavit (Doc. 37).

**IT IS SO ORDERED.**

Signed this 1st day of September, 2009.

/s/   David R Herndon
**Chief Judge**
**United States District Court**