IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES M. WORTHEM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:08-cv-385 DRH |
| | ) |
| ROGER E. WALKER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On October 10, 2008, Attorney Vincent A. Banks, III, was appointed to represent the Plaintiff in this prisoner civil rights action (Doc. 16).  Attorney Banks never entered an appearance in the action.  On September 14, 2009, Attorney Banks was ordered to show cause in writing by September 30, 2009, why he never entered an appearance (Doc. 49).

On September 29, 2009, Attorney Banks entered his appearance in the action (Doc. 51) and responded to the order to show cause (Doc. 52).  Attorney Banks informed the Court that the letter originally appointing him to represent Plaintiff in the case was mailed to his former law firm.  After he learned of the appointment, he had difficulty using the Court's electronic case filing system, and was engaged in the appeal of two cases before the Missouri Court of Appeals.

In this explanation, the Court finds cause for the delay of Attorney Banks's entry of appearance.  Attorney Banks is admonished to contact his client forthwith.

**IT IS SO ORDERED.**

**DATED: October 5, 2009**

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**