IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES WORTHEM, B12624,

Plaintiff,

v.

ROGER E. WALKER, JR., et al.,

Defendants.                                                              No. 08-385-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a Second Motion for Extension of Time to File a Dispositive Motion (Doc. 74) filed by Defendants Jason Bradley, Alan Dallas, Yolande Johnson ,and Richard McDonald.  Specifically, Defendants request an additional fourteen (14) days in which to file dispositive motions.  Defendants note that they need additional time because the case was transferred to another attorney who has not had enough time to review documents and file dispositive motions. Based on the reasons in the motion, the Court **GRANTS** the second motion for an extension of time to file a dispositive motion.  Defendants will have up to and including **August 2, 2010** in which to file dispositive motions.

**IT IS SO ORDERED.**

Signed this 21st day of July, 2010.

/s/  David R. Herndon
**Chief Judge**
**United States District Court**