IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES WORTHEM (#B12624),**

**Plaintiff,**

**v.**

**ROGER E. WALKER, JR., et al.,**

**Defendants.**                                                                 **No. 08-385-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Defendants' Motion for Summary Judgment filed by Defendants Jason Bradley, Alan Dallas, Yolande Johnson and Richard McDonald.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 24, 2010, judgment is entered in favor of defendants, **MS. JOHNSON, I-A McDONALD, LT. BRADLEY, and MR. DALLAS** and against the plaintiff, **JAMES WORTHEM**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated June 1, 2009, judgment is entered in favor of defendants, **ROGER E. WALKER, C/O RAMAKER, C/O SHADOAN, CLARENCE WRIGHT, DARRYLL JOHNSON, J. THOMAS, MR. YORKAVICH, MR. CARSON AND MR. LAKE** and against the plaintiff, **JAMES WORTHEM**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant, **JESSE MONTGOMERY** and against plaintiff, **JAMES WORTHEM**, in that plaintiff named defendant Montgomery in his original Complaint but did not rename said defendant in his Amended Complaint filed October 3, 2008. This entire case is **DISMISSED** with prejudice. Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

**BY:** _____/s/*Sandy Pannier*_____
**Deputy Clerk**

Dated: November 24, 2010

David R. Herndon
2010.11.24
14:49:48 -06'00'

APPROVED:
  CHIEF JUDGE
  U. S. DISTRICT COURT