IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES M. WORTHEM,**

      **Plaintiff,**

-vs-

**ROGER E. WALKER, et al,**

      **Defendants.**                      **NO. 08-CV-385-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 28, 2012, judgment is entered in favor of defendants, **JASON BRADLEY, ALAN DALLAS, YOLANDE JOHNSON and RICHARD MACDONALD** and against the plaintiff, **JAMES M. WORTHEM.**

    **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated June 1, 2009, judgment is entered in favor of defendants **ROGER E. WALKER, C/O RAMAKER, C/O SHADOAN, CLARENCE WRIGHT, DARYLL JOHNSON, J. THOMAS, MR. YORKAVICH, MR. CARSON AND MR. LAKE,** and against the plaintiff, **JAMES M. WORTHEM.**

    **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that the Amended Complaint filed by the plaintiff on October 3, 2008, defendant, **JESSE MONTGOMERY**, was no longer named a party defendant so he was **DISMISSED** from this action at that time.  This case is **DISMISSED** with prejudice in its entirety.

                                            **NANCY J. ROSENSTENGEL,**
                                            **CLERK OF COURT**

                                       **BY:**      **/s/*Sandy Pannier***
                                                     **Deputy Clerk**

Dated: April 2, 2012

                              David R. Herndon
                              2012.04.02
                              11:49:23 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT